FILED

04/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0213

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0213

_____

IN THE MATTER OF:

L.S.

_____

ORDER

_____
_____


Upon consideration of Appellant's motion for extension and good cause

appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time

until May 28, 2024, to prepare, file, and serve Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 26 2024